

Nov 30, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60298-CR-SCOLA/SNOW

18 U.S.C. § 2339A(a)
18 U.S.C. § 2332a(a)
18 U.S.C. § 2

UNITED STATES OF AMERICA

v.

RAEES ALAM QAZI,
   a/k/a "Shan," and
SHEHERYAR ALAM QAZI,

          Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

**Conspiring to Provide Material Support to Terrorists**
**(18 U.S.C. § 2339A(a))**

Beginning on a date unknown to the Grand Jury, but no later than July 2011, and continuing through November 29, 2012, in the Southern District of Florida and elsewhere, the defendants,

**RAEES ALAM QAZI,**
**a/k/a "Shan," and**
**SHEHERYAR ALAM QAZI,**

did knowingly combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b)(1), including but not limited to property, service, including currency and monetary instruments, lodging, communications equipment, personnel, and

transportation, knowing and intending that they be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Section 2332a(a), that is, a conspiracy to use a weapon of mass destruction; all in violation of Title 18, United States Code, Sections 2339A(a) and 2.

### COUNT 2

### Conspiring to Use a Weapon of Mass Destruction
### (18 U.S.C. § 2332a(a))

Beginning on a date unknown to the Grand Jury, but no later than July 2011, and continuing through November 29, 2012, in the Southern District of Florida and elsewhere, the defendants,

**RAEES ALAM QAZI,**
a/k/a "Shan," and
**SHEHERYAR ALAM QAZI,**

did knowingly combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to use, without lawful authority, a weapon of mass destruction, that is, a destructive device, as defined in Title 21, United States Code, Section 921(a)(4), against persons and property within the United States, with a facility of interstate commerce being used in furtherance of the offense, with a defendant traveling in and causing another to travel in interstate commerce in furtherance of the offense, and with the offense and the results of the offense, had they

occurred, affecting interstate commerce, in violation of Title 18, United States Code, Sections 2332a(a) and 2.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| RAEES ALAM QAZI, a/k/a "Shan," and SHEHERYAR ALAM QAZI | |
| Defendants._____/ | **Superseding Case Information:** |

**Court Division:** (Select One)

_____ Miami   _____ Key West
__X__ FTL     _____ WPB     _____ FTP

New Defendant(s)          Yes _____   No _____
Number of New Defendants  _____
Total number of counts    _____

I do hereby certify that:

1. I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   __No__
   List language and/or dialect  _____

4. This case will take   __14__  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days   _____            Petty     _____
   II   6 to 10 days  _____            Minor     _____
   III  11 to 20 days __X__            Misdem.   _____
   IV   21 to 60 days _____            Felony    __X__
   V    61 days and over _____

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)  __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  11/29/2012
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes  __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____ Yes  __X__ No

_____
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 771007

*Penalty Sheet(s) attached                                                       REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: RAEES ALAM QAZI, a/k/a "Shan"

Case No:_____

Count #: 1

Conspiring to Provide Material Support to Terrorists

Title 18, United States Code, Section 2339A(a)

\* Max. Penalty: 15 years' imprisonment

Count #: 2

Conspiring to Use a Weapon of Mass Destruction

Title 18, United States Code, Section 2332a(a)

\*Max. Penalty: Life Imprisonment

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: SHEHERYAR ALAM QAZI

Case No:_____

Count #: 1

Conspiring to Provide Material Support to Terrorists

Title 18, United States Code, Section 2339A(a)

*Max. Penalty: 15 years' imprisonment

Count #: 2

Conspiring to Use a Weapon of Mass Destruction

Title 18, United States Code, Section 2332a(a)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.