**UNITED STATES DISTRICT COURT**
*Southern District of Florida*

UNITED STATES OF AMERICA )  Case Number: CR 12-60298-CR-Scola
              Plaintiff )
             )  REPORT COMMENCING CRIMINAL
   -vs-          )  ACTION
             )
Raees Alam Qazi )  01223-104
      Defendant           USMS NUMBER

****************************************************************

TO: Clerk's Office  MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court     FT. PIERCE
                             (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

****************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 11/29/12           am/pm

(2) Language Spoken: English, Pashtun

(3) Offense(s) Charged: 18 USC 2339A, 18 USC 2332a, 18 USC 2

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 8/7/02

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint to be filed/already filed
    Case#

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: South Florida

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES  [ ]NO

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date: 11/30/12    (9) Arresting Officer: Karen Kraemer
(10) Agency: FBI
                        (11) Phone: 305-944-9101
(12) Comments: