UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   12-60298-SCOLA

UNITED STATES OF AMERICA

vs.

RAEES ALAM QAZI
 and
SHEHERYAR ALAM QAZI,

        **Defendants.**
_____/

### NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE
### SURVEILLANCE ACT INFORMATION

The United States, through its attorney Wifredo A Ferrer, United States Attorney for the Southern District of Florida, hereby provides notice to defendant Raees Qazi, and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance or physical search conducted pursuant to

the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

>Respectfully submitted,
>
>WIFREDO A. FERRER
>UNITED STATES ATTORNEY
>
>By:   /s/ *Karen E. Gilbert*
>Karen E. Gilbert
>Fla. Bar No. 771007
>Assistant United States Attorney
>United States Attorneys Office
>99 N.E. 4th Street, Suite 800
>Miami, Florida 33132-2111
>Telephone Number (305) 961-9161
>Fax Number (305) 536-4675

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was filed via the Court's electronic filing system.

>/s/   *Karen E. Gilbert*
>Assistant United States Attorney