**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   12-60298-SCOLA**

**UNITED STATES OF AMERICA**

vs.

**RAEES ALAM QAZI**
 and
**SHEHERYAR ALAM QAZI,**

  **Defendants.**
_____/

**NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE**
**SURVEILLANCE ACT INFORMATION**

The United States, through its attorney Wifredo A Ferrer, United States Attorney for the Southern District of Florida, hereby provides notice to defendant Sheheryar Qazi, and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance or physical search conducted pursuant to

the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:    /s/ *Karen E. Gilbert*
        Karen E. Gilbert
        Fla. Bar No. 771007
        Assistant United States Attorney
        United States Attorneys Office
        99 N.E. 4th Street, Suite 800
        Miami, Florida 33132-2111
        Telephone Number (305) 961-9161
        Fax Number (305) 536-4675

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was filed via the Court's electronic filing system.

        /s/   *Karen E. Gilbert*
        Assistant United States Attorney