UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASENO.12-60298-CR-SCOLA/SNOW

UNITED STATES OF AMERICA

vs

RAEES ALAM QAZI (J)#01223-104

ARRAIGNMENT INFORMATION SHEET
LANGUAGE: ENGLISH

The above named Defendant appeared before Magistrate Judge TED E. BANDSTRA now on DECEMBER 7TH, 2012, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:                  Address: IN CUSTODY/SEE BOND

DEFENSE COUNSEL:   Name:    FEDERAL PUBLIC DEFENDER
                    Address: 1 EAST BROWARD BLVD SUITE 1100
                             FTL, FLORIDA 33301

                    Telephone: 954-356-7436

BOND SET/CONTINUED:    $_____

Bond hearing held: yes____ no____ Bond hearing set for_____
Dated this 7TH DAY of DECEMBER, 2012

                                        STEVEN M. LARIMORE
                                        COURT ADMINISTRATOR/CLERK OF COURT

                                        By:____AARON TIJERINO____
                                                DEPUTY CLERK

cc: AUSA
DEFENSE COUNSEL
UNITED STATES PRETRIAL/PROBATION