**UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES**
U.S. MAGISTRATE JUDGE TED E. BANDSTRA - FORT LAUDERDALE, FLORIDA**

| | |
|---|---|
| DEFT: RAEES A. QAZI (J)#01223-004 | CASE NO: 12-60298-CR-SCOLA/SNOW |
| AUSA: KAREN GILBERT (DUTY H. WALLACE) | ATTY: FPD |
| AGENT: | VIOL: 18:USC 2339 |
| PROCEEDING: PRETRIAL DETENTION AND ARRAIGNMENT | RECOMMENDED BOND: |
| BOND/PTD HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person. FTL
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew/Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other:

*Reading of Indictment Waived. Not Guilty plea entered. Jury trial demanded. Standing Discovery Order requested.*

Handwritten notes:
- D - Present in Court w/Counsel.
- Request Court to Reset PTD at a later date. Court grants request.
- D - ARR SDO - Signed.
- Matter reset to December 14, 2012 @ 9:00 AM

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| (PTD)/BOND HEARING: | 12/14/12 | 9:00 AM | DUTY FTL | (LSS) |
| PRELIM/ARRAIGN OR REMOVAL: | | | | |

STATUS CONFERENCE: **NO STATUS CONFERENCE**

DATE: 12/07/2012  TIME: 10:00 AM  FTL/TAPE/# TEB-  Begin DAR: 10:03:36

{10 Mins}  10:13:00