# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.    12-60298-CR-SCOLA/SNOW

**UNITED STATES OF AMERICA**

v.

**RAEES ALAM QAZI,**
   **a/k/a "Shan," and**
**SHEHERYAR ALAM QAZI**,
         **Defendants.**
_____

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States hereby files this first supplemental  response to the Standing Discovery Order.  This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

   A.    1.      Copies of audio/video recordings (4 cds).

         5.      Two search warrant affidavits, the documents are bates numbered 868-928.

   B.           DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The items produced in this response are 4 cds and documents Bates numbered 868-928. Please contact the undersigned Assistant United States Attorney if any pages or cds are missing.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ *Karen E. Gilbert*
      Karen E. Gilbert
      Assistant United States Attorney
      Florida Bar No. 771007
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961- 9161
      Fax: (305) 536- 4675
      Karen.gilbert@usdoj.gov

cc:   Special Agent Paul Carpinteri
      FBI

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** hereby certify that on December 28, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

      /s/ *Karen E. Gilbert*
      Assistant United States Attorney

2