UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-60298-CR-SCOLA

**UNITED STATES OF AMERICA,**

v.

**RAEES ALAM QAZI, et al.,**

        **Defendants.**
_____/

## SPEEDY TRIAL REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, submits this Speedy Trial Report, pursuant to Local Rule 88.5(b).

On November 29, 2012, Defendants were arrested. The following day, on November 30, 2012, an Indictment was returned by the Grand Jury. Both defendants appeared before a Magistrate Judge for their initial appearance that afternoon. Defendants were arraigned on this Indictment on December 7, 2012.

This case is currently set for trial during the trial period beginning January 28, 2013. A calendar call is scheduled for January 22, 2013.

The United States respectfully submits that the time period from the arraignment until the date of this Report was twenty-one (21) days. Thus, there have been twenty-one days of non-excludable time.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ *Karen E. Gilbert*
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar no. 771007
99 NE 4th Street
Miami, Florida 33132
Telephone: (305) 961-9161
Fax: (305) 536-4675
Karen.gilbert@usdoj.gov

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 28, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Karen E. Gilbert*
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY