UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60298-CR-SCOLA/SNOW

UNITED STATES OF AMERICA

v.

RAEES ALAM QAZI,
  a/k/a "Shan," and
SHEHERYAR ALAM QAZI,
    Defendants.

_____

GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
THE STANDING DISCOVERY ORDER

The United States hereby files this second supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.    1.    Copies of audio/video recordings (55 cds).

       5.    Additional search warrant documents, bates numbered 929-1077.

B.    DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The items produced in this response are 55 cds and a compact disk containing documents Bates numbered 929-1077.  Please contact the undersigned Assistant United States Attorney if any pages or cds are missing.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:  /s/ *Karen E. Gilbert*
Karen E. Gilbert
Assistant United States Attorney
Florida Bar No. 771007
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961- 9161
Fax: (305) 536- 4675
Karen.gilbert@usdoj.gov

cc: Special Agent Paul Carpinteri
FBI

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**  hereby certify that on January 14, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Karen E. Gilbert*
Assistant United States Attorney

2