UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   12-60298-CR-SCOLA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**RAEES ALAM QAZI,**
a/k/a "Shan," and
**SHEHERYAR ALAM QAZI,**

    Defendants.
_____/

### ORDER RESETTING TIME FOR STATUS CONFERENCE

**THIS CAUSE** is before the Court *sua sponte*. It is hereby **ORDERED AND ADJUDGED** that the **Status Conference** is hereby reset to **9:30 a.m.** on **Wednesday, April 10, 2013, at 400 North Miami Avenue, 12th floor - Courtroom 12-3, Miami, Florida** at which time a date certain for the trial will be set before the Honorable Robert N. Scola, Jr., United States District Judge, and all other necessary deadlines. The defendants are required to be present for status conference.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on April 2, 2013.

                                                    _____
                                                    ROBERT N. SCOLA, Jr.
                                                    UNITED STATES DISTRICT JUDGE

cc: counsel of record
    U.S. Marshals Service