**CRIMINAL CALENDAR/MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**5TH FLOOR      TIME: 10:30 AM**

**MAGISTRATE JUDGE JOHN J. O'SULLIVAN**

Case No. 12-60298-CR-SCOLA          Date: April 23, 2013          END: 11:00

Clerk: Cherle Griffin                          DAR No. 10:36:08

Court Reporter: N/A

USPO/USPT: _____          Interpreter: N/A

**UNITED STATES OF AMERICA v.   RAEES ALAM QAZI (J) 01223-104 AND
                                SHEHERYAR ALAM QAZI (J) 01224-104**

AUSA: KAREN GILBERT, ADAM FELS

Defendant(s) Counsel: AFPD DANECARIUS ; RONALD CHAPMAN

Defendant(s):        Present ✓         Not Present ____         In Custody ✓

Reason for hearing: STATUS CONFERENCE RE: DISCOVERY

Result of hearing: STATUS CONFERENCE HELD. Further status conference re: Gov't's responses; additional discovery, etc., set 6/5/13, at 10:00 AM. Order to follow.