# CRIMINAL CALENDAR/MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**5TH FLOOR     TIME: 10:00 AM**

## MAGISTRATE JUDGE JOHN J. O'SULLIVAN

Case No. 12-60298-CR-SCOLA          Date: June 5, 2013          END: 10:25

Clerk: Cherle Griffin                DAR No. 09:58:40
                                     BU 09:57:08 / 10:20:17
Court Reporter: N/A

USPO/USPT: _____                   Interpreter: N/A

**UNITED STATES OF AMERICA v.  RAEES ALAM QAZI (J) 01223-104 AND
                               SHEHERYAR ALAM QAZI (J) 01224-104**

AUSA:   KAREN GILBERT, ADAM FELS

Defendant(s) Counsel:  AFPD DANIEL ECARIUS; RONALD CHAPMAN

Defendant(s):     Present ✓     Not Present ___     In Custody ✓

Reason for hearing:   STATUS CONFERENCE RE: DISCOVERY

Result of hearing:   STATUS CONFERENCE HELD. Further S/C set July 26, 2013, at 10:00 AM. Order to follow.