UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   12-60298-CR-SCOLA/SNOW

UNITED STATES OF AMERICA

v.

**RAEES ALAM QAZI,**
   a/k/a "Shan," and
**SHEHERYAR ALAM QAZI**,
      Defendants.
_____

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States hereby files this fourth supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.  1.  Attached are reports of interviews of Raees Qazi from February 2012 and May 2012, Bates numbered 1083-1088. Attached are copies of audio recordings from Broward County Jail (1 Disk). The transcripts of these 6 calls are Bates numbered 1089-1122. Nine (9) additional Disks containing classified materials will be provided at the status hearing on July 11th in order to place them in defense counsel's secure facility. All of the materials listed in this Response can be picked up at the undersigned's office.

5.  Copies of Disks containing: surveillance photographs (31 Disks), search photographs (2 Disks), photographs of taxi cab (1 Disk), downloads of various electronics seized at the time of arrest (2 Disks), and various documents and photographs are bates numbered 1078-1123.

B.  DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

F.       One photograph of Raees Qazi shown to witnesses is attached and Bates numbered 1123.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ *Karen E. Gilbert*
Karen E. Gilbert
Assistant United States Attorney
Florida Bar No. 771007
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961- 9161
Fax: (305) 536- 4675
Karen.gilbert@usdoj.gov

cc:   Special Agent Paul Carpinteri
FBI

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** hereby certify that on July 8, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

  /s/ *Karen E. Gilbert*
Assistant United States Attorney

2