UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-60298-CR-SCOLA/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAEES ALAM QAZI a/k/a "Shan," and
SHEHERYAR ALAM QAZI,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Government's Motion for Extension of Time to Respond to Foreign Intelligence Surveillance Act Motions (DE# 122, 7/16/13). Having reviewed the motion to which the defendants have agreed and good cause having been shown, it is

ORDERED AND ADJUDGED that the Government's Motion for Extension of Time to Respond to Foreign Intelligence Surveillance Act Motions (DE# 122, 7/16/13) is GRANTED in part.[1]  On or before **Wednesday, July 31, 2013**, the Government shall respond to the Defendant's Motions to Compel FISA Materials (DE 45 and 46), and the defendants' Motions to Suppress Evidence from the FISA Surveillance (DE 87 and 93).

DONE AND ORDERED in Chambers at Miami, Florida this **17th** day of July, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Scola
All counsel of record

---

[1] By separate Order (DE# 124, 7/17/13), District Judge Scola granted the government an extension to respond to the defendants' Motion to Declare FISA Amendments Act Unconstitutional (DE# 96).