UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60298-CR-SCOLA/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAEES ALAM QAZI a/k/a "Shan," and
SHEHERYAR ALAM QAZI,

    Defendants.

                                   /

## ORDER

**THIS MATTER** is before the Court for a status conference that was held on July 26, 2013.  It is

ORDERED AND ADJUDGED that the Government shall file its response to the Defendant Raees Qazi's Motion for Reconsideration of the Court's Order Granting *In Camera, Ex Parte* Proceeding (DE# 112, 7/8/13) by **Wednesday, July 31, 2013**.  It is further

ORDERED AND ADJUDGED that on or before **Wednesday, August 28, 2013**, the defendants shall file replies in support of the defendant's Motions to Compel FISA Materials (DE 45 and 46), the defendants' Motions to Suppress Evidence from the FISA Surveillance (DE 87 and 93), and the defendants' motion for reconsideration (DE 112).

PLEASE TAKE NOTICE that this matter is set for a status hearing before the undersigned on **Monday, September 9, 2013 at 10:00 A.M.** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

2

DONE AND ORDERED in Chambers at Miami, Florida this **26th** day of July, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Scola
All counsel of record