UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60298-CR-SCOLA/O'SULLIVAN

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|            Plaintiff    ) | |
|                          ) | DECLARATION AND CLAIM |
| v.                         ) | OF PRIVILEGE |
|                          ) | |
| RAEES ALAM QAZI      ) | |
| and                       ) | |
| SHEHERYAR ALAM QAZI,   ) | |
|            Defendants.  ) | |

**DECLARATION AND CLAIM OF PRIVILEGE
OF THE ATTORNEY GENERAL OF THE UNITED STATES**

I, Eric H. Holder, Jr., hereby declare the following:

1. I am the Attorney General of the United States of America and head of the United States Department of Justice, an Executive Department of the United States. I have official custody of and control over the files and records of the United States Department of Justice. The matters stated herein are based on my knowledge, on consideration of information available to me in my official capacity as Attorney General, on discussions that I have had with other Department of Justice officials, and on conclusions I have reached after my review of this information.

2. Under the authority of 50 U.S.C. §§ 1806(f) and 1825(g), I submit this declaration pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, in connection with the above-captioned criminal proceeding. I have been advised that the Government presently intends to use information obtained or derived from FISA-authorized electronic surveillance and physical searches in the criminal proceeding against the Defendants.

*See* 50 U.S.C. §§ 1806(c) and 1825(d). Accordingly, Defendants Raees Alam Qazi and Sheheryar Alam Qazi, by and through their attorneys, have filed motions seeking disclosure and suppression of FISA-related materials (hereinafter collectively the "Defendants' Motions"). The Government will file an opposition to the Defendants' Motions. For the reasons set forth in the Government's Opposition, it is necessary to provide this Court with the applications submitted to, and the orders issued by, the Foreign Intelligence Surveillance Court ("FISC"), and other related documents (hereinafter collectively referred to as "the FISA Materials").

3. Based on the facts and considerations set forth below, I hereby claim that it would harm the national security of the United States to disclose or to hold an adversarial hearing with respect to the FISA Materials. The United States will be submitting the relevant classified documents to this Court as part of a "Sealed Appendix," so that this Court may conduct an *in camera, ex parte* review of the legality of the FISA collection at issue. My Claim of Privilege also extends to the classified portions of any memoranda and briefs the Government may file in connection with this litigation and to any oral representations that may be made by the Government that reference the classified information contained in the FISA Materials.

4. In support of my Claim of Privilege, the United States is submitting to the Court for *in camera, ex parte* review the Declaration of Andrew G. McCabe, Assistant Director, Counterterrorism Division, Federal Bureau of Investigation. Mr. McCabe's Declaration sets forth, in detail, the specific facts on which my Claim of Privilege is based. The Declaration of Mr. McCabe is classified at the "TOP SECRET" level.

5. Relying on the facts set forth in Assistant Director McCabe's Declaration, I certify that the unauthorized disclosure of the FISA Materials that are classified at the "TOP SECRET" level could reasonably be expected to cause exceptionally grave damage to the national security

of the United States. I further certify that the unauthorized disclosure of the FISA materials that are classified at the "SECRET" level reasonably could be expected to cause serious damage to the national security of the United States. The FISA Materials contain sensitive and classified information concerning United States intelligence sources and methods and other information related to efforts of the United States to conduct counterterrorism investigations, including the manner and means by which those investigations are conducted. As a result, the unauthorized disclosure of that information could harm the national security interests of the United States.

6. I respectfully request that the Court treat the contents of the Sealed Appendix, for security purposes, in the same sensitive manner that the contents were treated in the submission to this Court, and to return the Sealed Appendix to the Department of Justice upon the disposition of the Defendants' Motions. The Department of Justice will retain the Sealed Appendix under the seal of the Court subject to any further orders of this Court or other courts of competent jurisdiction.

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on ___July 26___, 2013.

Eric H. Holder, Jr.
Attorney General