News, Quotes, Companies, Videos    SEARCH

Patrick's Journal

U.S. EDITION   Wednesday, July 31, 2013

Home | World | **U.S.** | Business | Tech | Markets | Market Data | Your Money | Opinion | Life & Culture | N.Y. | Real Estate | Management

Seib & Wessel | Politics & Policy | Washington Wire | Economy | Health Law Rollout | WSJ/NBC News Poll | Journal Report | Columns & Blogs

TOP STORIES IN WSJ                 1 of 12                                 2 of 12                                 3 of 12

Dow to Drop Alcoa, H-P and BofA    Next iPhone Puts Focus Back on Fingerprint Security     Stephens: The Bed Obama and Kerry Made     White House, Senators Weigh Syria Options

U.S. NEWS  |  July 31, 2013

# U.S. Spy Program Lifts Veil in Court

*Justice Department Says Prosecution in Terrorist Cases Must Tell Defendants When Surveillance Program Was Used*

Article | Comments (50)                                                                                                              MORE IN US »

Email  Print

By DEVLIN BARRETT

The Justice Department acknowledged for the first time in a terrorism prosecution that it needs to tell defendants when sweeping government surveillance is used to build a criminal case against them.

The about-face, contained in a Tuesday court filing, marks another way in which the Obama administration is adjusting to revelations by former National Security Agency contractor Edward Snowden about phone and Internet surveillance by the NSA. The revelations forced the government to acknowledge publicly aspects of its widespread collection of Internet and phone records, giving critics of such surveillance more legal ammunition to challenge the programs.



Enlarge Image                                                                      Reuters

The significant change in legal direction from federal prosecutors came in a recent terrorism prosecution involving two Pakistan-born brothers, Sheheryar Alam Qazi, left, and Raees Alam Qazi, right.

**More**

Court Allows Cellphone Tracking Without Search Warrant

The filing suggests a new potential avenue for legal challenges to the surveillance programs.

For years, privacy advocates and private citizens have filed lawsuits seeking to challenge NSA surveillance. Many of those cases failed to gain traction because courts ruled the plaintiffs had no ability to prove they had been subjected to such surveillance.

Now at least one group of individuals might have standing to challenge such a law—any defendants accused of terrorism who can produce confirmation that the accusations were based in part on mass NSA data-gathering.

Patrick Toomey, a lawyer at the American Civil Liberties Union, called the filing "a very important first step, because it's the government finally owning up to some of its obligations in a way that it hasn't really grappled with up to this point." The Justice Department didn't immediately comment.

The change in legal direction also brings government prosecutors in line with



**Don't Miss**                                                                                                   [?]

statements Solicitor General Donald Verrilli made to the Supreme Court last year.

Mr. Verrilli had asserted that in cases where a bulk surveillance program led to evidence against criminal defendants in court, those suspects must be notified that the evidence was derived from the surveillance program.

His assertion was an important one, because the high court ultimately adopted his characterization of when notification was required.


**Opinion: A de Blasio Landslide?**


**Seib & Wessel: Obama's Liberal Problem on Syria**


**Top B-School Talent Plucked Before Class Starts**

### Audio
Devlin Barrett and WSJ This Morning's Gordon Deal discuss what the Justice Department reveals
00:00 | 04:16

Yet on May 21—months after the Supreme Court arguments—federal prosecutors in Florida said there was no obligation to disclose to criminal defendants whether evidence used against them was derived from broad data collection authorized by Congress in 2008 and approved by the Foreign Intelligence Surveillance Court. In that filing, government lawyers said such a notification would be "unwarranted and unprecedented."

The change came in the prosecution of two brothers accused of a terrorism plot, Raees Alam Qazi and Sheheryar Alam Qazi. The judge in that case ordered the government to provide information about the secret court warrant to the defense.

On Tuesday, the government altered course, saying that generally it should provide such a notice to defendants. But it said that in the case of the Qazi brothers, prosecutors don't plan to introduce any evidence based on the surveillance program. A lawyer for one of the brothers declined to comment, while the other defendant's lawyer couldn't be reached for comment.

To the extent the government adopts such a position in future terrorism cases—that it didn't use any evidence from mass NSA surveillance—it could undercut arguments on Capitol Hill about the value of the surveillance. Supporters on Capitol Hill have often argued that the surveillance programs are vital to detecting terror plots.

A six-page filing by federal prosecutors in the brothers' case says the prosecution "does not intend to use any information against the defendants at trial that was obtained or derived from" the 2008 updates to the law that put such data-gathering under the authority of the Foreign Intelligence Surveillance Court.

A lengthy footnote in the filing is the closest prosecutors come to acknowledging their about-face. In the footnote, prosecutors said that their prior filing might have been "construed to assert" that they didn't need to disclose when a case was based on surveillance approved by the court. But "that is not the government's position," the prosecutors wrote.

Federal prosecutors in an unrelated terror case in Chicago had made a similar claim that they had no obligation to notify a defendant if the secret surveillance program had helped catch him. A Justice Department spokesman didn't immediately respond when asked if the government would be reversing course in that case as well.

Courts have held that defendants must be told when evidence against them was gathered through a specifically targeted Foreign Intelligence Surveillance Court order.

The new revelations about the NSA program led to a different question—whether the government also had to notify defendants if information gleaned from large-scale data-gathering helped build the case against them.

Courts are more deferential to government demands for secrecy in civil cases.

The Supreme Court case in which Mr. Verrilli spoke, Clapper v. Amnesty International USA, involved an attempt by civil-liberties groups to sue the government over surveillance.

### More in US
White House, Senators Weigh Syria Options
Republican Lawmakers Cool on House Spending Plan
Michigan Governor to Be Deposed in Detroit Bankruptcy Case
California: Health Exchange Ready
Poorest Americans Still Spending Less Than They Did in 2008

### Popular Now                                What's This?

1  **Dow to Drop Alcoa, H-P and BofA**

2  **U.N. Clash Looms Over Syria Resolution** 

3  **Opinion: Stephens: The Bed Obama and Kerry Made** 

4  **Opinion: Norman Podhoretz: Obama's Successful Foreign...** 

5  **The Ultimate End-of-Life Plan** 

Show 5 More

**World News Now**
Get Breaking News, Headlines & Top Stories With The Free News Toolbar
News.addonreviews.com

**World News**
Get the Day's Top News To Your Desktop With The Free News Toolbar
www.OnlineInsider.com

**Secret Trading Strategy**
See how quickly $1000 turns to 1 Million trading penny stocks!
http://pennystockprophet.com/

**Content from our Sponsors** [?]

In a 5-4 ruling in February, the Supreme Court ruled that Amnesty International couldn't bring the case because it couldn't prove it was a target of surveillance.

—Brent Kendall contributed to this article.

**Write to** Devlin Barrett at devlin.barrett@wsj.com


HEALTHY STARTS MADE SIMPLE
**5 Simple Changes for a Healthier Heart**


HEALTH CENTRAL
**10 Signs of ADHD in Toddlers**


CARING.COM
**7 Signs of Possible Heart Trouble**

- **JOIN THE DISCUSSION**
  50 Comments, add yours

MORE IN
US »

Email   Print   Order Reprints

THE NEW PORTFOLIO TOOL ON WSJ.COM:
THE ULTIMATE INVESTMENT TRACKER
AVAILABLE EXCLUSIVELY FOR SUBSCRIBERS
LEARN MORE
provided by LikeAssets

**Warren Buffett Confesses**
Warren Buffetts Shocking Confession Will Change your Investing Strategy
www.MarketTrendSignal.com

**Mortgage Rates Hit 3.10%**
If you owe under $729k you may qualify for 3.40% APR Govt Refi Plans.
www.SeeRefinanceRates.com

**$1,000/Mo. Trading System**
You could collect $1,000 or more per month without buying a stock.
www.ProfitableTrading.com

**1 Tip To Lose Belly Fat**
Cut pounds of stomach fat every week by using this 1 weird old tip.
www.HealthDiscoveriesJournal.com

## Don't Miss


Cleveland Kidnapper, Ariel Castro, Has Died


Five U.S. States Where People Drink the Most Beer


Have More Sex, Make More Money


Monster Shrimp Invade U.S. Coastal Waters

### You Might Like

Why Is One-Sixth of U.S. on Food Stamps?

The NFL's Most Unstable Fan Bases

Jeep's new Wrangler makes a statement. You might not want to hear it

More People Say Goodbye to Their Landlines

The key to a successful retirement? Let go of the fantasy.

### Content from our Sponsors
What's this?

10 Tips for Keeping a House Clean Despite ADHD (Health Central)

3 Telltale Signs of ADHD (eMedTV)

Warning Signs of Bipolar Disorder (Health Guru)

25 Facts About The Fall Of Detroit That Will Leave You Shaking Your Head (PRESIDENT&CEO)

Tsunami: A Massive Quake Devastates Japan (The Fiscal Times)

**Add a Comment**
View All Comments (50)

JOURNAL COMMUNITY
Community rules