UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-60298-CR-SCOLA/O'SULLIVAN

UNITED STATES OF AMERICA

v.

RAEES ALAM QAZI,
   a/k/a "Shan," and
SHEHERYAR ALAM QAZI,
      Defendants.
_____

GOVERNMENT'S SUPPLEMENTAL RESPONSE TO
THE STANDING DISCOVERY ORDER

The United States hereby files this fifth supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A. 5. Copies of Disks and Documents containing: results from a search warrant directed to Yahoo! (1 Disk), results from a search warrant directed to Hotmail (1 Disk), T-Mobile records for telephone numbers: 954-290-6346 and 954-701-8389 (1 Disk), New York Subway video from November 26, 2012 (2 Disks), Applications for Search Warrants, and resulting Warrants, Magistrate Case Numbers 13-3180 and 13-3181, which are bates numbered 1124-1167. The Disks listed in this Response can be picked up at the undersigned's office. The bates numbered documents will be scanned and emailed to counsel.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal

Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

By:  /s/ *Karen E. Gilbert*
      Karen E. Gilbert
      Assistant United States Attorney
      Florida Bar No. 771007
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961- 9161
      Fax: (305) 536- 4675
      Karen.gilbert@usdoj.gov

cc:    Special Agent Paul Carpinteri
      FBI

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** hereby certify that on September 19, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

          /s/ *Karen E. Gilbert*
          Assistant United States Attorney

2