United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, )<br>)<br>v. )<br>)<br>Raees Alam Qazi and Sheheryar )<br>Alam Qazi, Defendants ) | Criminal Case No. 12-60298-Civ-Scola |

### Order Setting Hearing

    It is **ordered** that a hearing is scheduled in this matter for **May 9, 2014 at 11:00 a.m.** The Court will take up the following issues at this hearing:
1) Does the Court need to appoint new counsel for Defendant Sheheryar Alam Qazi, in light of the incident that occurred in the SCIF earlier this month?
2) What appropriate security measures need to be implemented both in the SCIF and for future court proceedings?

    It is **further ordered** that by **May 2, 2014**, Ronald S. Chapman, counsel for Defendant Sheheryar Alam Qazi, must file a *Notice of Status*, advising the Court of his position on whether he can or should continue to represent Sheheryar Alam Qazi in light of the incident that occurred in the SCIF earlier this month.

    The presence of both Defendants is required at this hearing.

    **Done and ordered**, in chambers at Miami, Florida, on April 30 2014.

                                                           Robert N. Scola, Jr.
                                                           United States District Judge