UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60298-CR-SCOLA/O'SULLIVAN

UNITED STATES OF AMERICA,

vs

RAEES ALAM QAZI
and SHEHERYAR ALAM QAZI,

        **Defendants.**
_____/

## NOTICE OF FILING

The United States hereby gives Notice that on the 28th day of April 2014, the Government's Classified *In Camera*, *Ex Parte* Supplemental Memorandum in Support of the Motion to Reconsider was filed under seal with the court pursuant to Title 50, United States Code, Section 1806. The cover sheet for that Memorandum is attached hereto as Exhibit 1.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:   /s/ *Adam S. Fels*
    Adam S. Fels
    Assistant United States Attorney
    Court Identification No. A5501040
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961- 9161
    Fax: (305) 536- 4675
    Adam.Fels@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 30, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                                  /s/ *Adam S. Fels*
                                              Assistant United States Attorney