United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) Criminal Case No. 12-60298-Cr-Scola |
| | ) |
| Raees Alam Qazi and Sheheryar | ) |
| Alam Qazi, Defendants | ) |

## **Order**

In early April 2014, there was allegedly an incident between the Defendants and personnel from the U.S. Marshals. Ronald Chapman, counsel for Sheheryar Alam Qazi, purportedly witnessed the incident. In light of that incident, the Court has set a status conference for May 9, 2014 to take up the question of whether Chapman can or should continue to represent Sheheryar Alam Qazi. The Court is concerned because Chapman could be a potential witness against Sheheryar Alam Qazi in a prosecution for his alleged actions against the Deputy U.S. Marshals. Even if that prosecution were conducted separate from this action, Chapman could still be a potential witness in this case should the Government decide to introduce details of the incident as evidence "to demonstrate consciousness of guilt and thereby guilt." *United States v. Blakey*, 960 F.2d 996, 1000 (11th Cir. 1992).

In short, the Court is concerned that Chapman's ethical obligations may require him to withdraw. *See* R. Regulating Fla. Bar 4-1.7(a)(2) (Conflict of Interest), 4-3.7(a) (Lawyer as Witness), & 4-8.4(d) (Misconduct). Even if Sheheryar Alam Qazi waives any actual or potential conflict, the Court may still determine that the Sixth Amendment requires it to discharge Chapman appoint alternate counsel for Sheheryar Alam Qazi. *See United States v. Ross*, 33 F.3d 1507, 1522-23 (11th Cir. 1994) ("In determining whether or not to disqualify defense counsel, the court must balance two Sixth Amendment rights: (1) the right to be represented by counsel of choice and (2) the right to a defense conducted by an attorney who is free of conflicts of interest.").

In order to make an informed decision, the Court now **appoints William R. Barzee**, under the Criminal Justice Act, for the limited purpose of meeting with Sheheryar Alam Qazi and Ronald Chapman, to discuss the conflict-of-interest issue with Sheheryar Alam Qazi, to inform him of his rights, and to determine if he wishes to waive any actual or potential conflict between him and Ronald Chapman. William Barzee's presence is required at the May 9,

2014 hearing (at 11:00 a.m.) to provide the Court with a status update on Sheheryar Alam Qazi's inclination regarding the conflict and waiver issue.

**Done and ordered**, in chambers at Miami, Florida, on May 5, 2014.

Robert N. Scola, Jr.
United States District Judge