UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   12-60298-SCOLA /O'SULLIVAN

UNITED STATES OF AMERICA

vs.

RAEES ALAM QAZI
and SHEHERYAR ALAM QAZI,

       **Defendants.**
_____/

## GOVERNMENT'S MOTION FOR EXPEDITED RULING

The United States of America, by and through the United States Attorney for the Southern District of Florida, moves the Court for an expedited ruling as requested in its April 28, 2014, Motion for Reconsideration (DE 181).

In the Motion for Reconsideration, the government requested the following:

As stated previously, the government intends to file, on or before May 12, 2014, a response explaining why Raees Qazi also has no standing to challenge the constitutionality of the FAA. The government respectfully urges this Court to quash or hold in abeyance its requirement in its March 28, 2014, Order and April 11, 2014, Order that the government submit a substantive memorandum of law on the merits of the constitutional argument until after the Court can review the response relating to Raees Qazi's lack of standing. The government would urge the Court to issue such a ruling before the May 12, 2014, deadline imposed by the Court for filing the substantive memorandum of law on the merits of the constitutional argument. If, after reviewing the government's response relating to Raees Qazi and the instant submission, the Court still requires briefing on the merits of the constitutionality argument, the government respectfully requests that the Court set a new response date for the filing of that brief.

April 28, 2014, Motion for Reconsideration (DE 181).

The government is requesting that this court enter an expedited ruling on May 12, 2014, on the government's motion to quash or hold in abeyance its Order that the government submit a substantive memorandum of law on the merits of the constitutional argument.

WHEREFORE, the United States respectfully requests that the Court grant this motion to quash or hold in abeyance its Order requiring the filing of a substantive memorandum of law on the merits of the constitutional argument.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:    /s/ *Karen E. Gilbert*
        Karen E. Gilbert
        Fla. Bar No. 771007
        Assistant United States Attorney
        99 N.E. 4th Street, Suite 800
        Miami, Florida 33132-2111
        Telephone Number (305) 961-9161
        Fax Number (305) 536-4675

By:    /s/ *Adam S. Fels*
        Adam S. Fels
        Court Identification No. A5501040
        Assistant United States Attorney
        99 N.E. 4th Street, Suite 800
        Miami, Florida 33132-2111
        Telephone Number (305) 961-9325
        Fax Number (305) 536-4675

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was filed on May 9, 2014, via the Court's CM/ECF filing system.

        /s/ *Adam Fels*
        Assistant United States Attorney