UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60298-CR-SCOLA/O'SULLIVAN

UNITED STATES OF AMERICA,

vs

RAEES ALAM QAZI
 and
SHEHERYAR ALAM QAZI,
                    Defendants.
_____/

## NOTICE OF FILING

The United States hereby gives Notice that on the 12th day of May 2014, the Government's Classified *In Camera*, *Ex Parte* Supplemental Memorandum in Support of its Response to Raees Qazi's Adopted Motion to Declare FAA Unconstitutional was filed under seal with the court pursuant to Title 50, United States Code, Section 1806. The cover sheet for that Memorandum is attached hereto as Exhibit 1.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ *Karen E. Gilbert*
       Karen E. Gilbert
       Assistant United States Attorney
       Florida Bar No. 771007
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961- 9161
       Fax: (305) 536- 4675
       Karen.gilbert@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 13, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                        /s/ *Karen E. Gilbert*
                                        Assistant United States Attorney