UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-60298-CR-SCOLA/O'SULLIVAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RAEES ALAM QAZI a/k/a "Shan," and
SHEHERYAR ALAM QAZI,

      Defendants.

                            /

## ORDER

On May 28, 2013, the defendant, Sheheryar Alam Qazi, filed the Defendant's

Motion Requesting That This Court Declare the FISA Amendments Act of 2008

Unconstitutional (DE# 96, 5/28/13). On March 14, 2014, the Honorable Robert N.

Scola, Jr., United States District Judge, referred the motion to the undersigned pursuant

to 28 U.S.C. § 636 (DE# 167, 3/14/14).  On March 28, 2014, the undersigned ordered

the government to "file a substantive memorandum of law addressing the defendant's

assertion that the FISA Amendments Act of 2008 is unconstitutional" by April 10, 2014.

(DE# 173, 3/28/14).  On April 4, 2014, the defendant, Raees Alam Qazi, filed his

Unopposed Motion to Adopt Sheheryar Alam Qazi's Motion to Declare the FISA

Amendments Act of 2008 Unconstitutional [DE: 96] (DE# 175, 4/8/14).  The

undersigned granted Raees Alam Qazi's unopposed motion to adopt.  (DE# 177;

4/9/14).  On April 11, 2014, the undersigned granted the Government's Motion for

Additional Time to Respond to Defendant Raees Qazi's Adoption of DE 96 and ordered

the government to "file a supplemental substantive memorandum on the merits of

Sheheryar Qazi's constitutional challenge to the FISA Amendments Act of 2008 (DE

96) as well as respond to Defendant Raees Qazi's adoption of DE 96" by Monday, May

12, 2014 (DE# 179, 4/11/14).   On April 28, 2014, the government filed the Government's Motion for Reconsideration of the Court's March 28, 2014 Order (DE# 181, 4/28/14) as well as the Government's Classified *In Camera, Ex Parte* Supplemental Memorandum in Support of the Motion to Reconsider (DE# 183-1, 4/30/14) (sealed).   On May 9, 2014, the government filed the Government's Motion for Expedited Ruling (DE# 192, 5/9/14) regarding its motion for reconsideration.   On May 12, 2014, the undersigned denied the Government's Motion for Reconsideration (DE# 194, 5/12/14) and ordered the government to "file its substantive response to the Defendant's Motion Requesting That this Court Declare the FISA Amendments Act of 2008 Unconstitutional" by May 19, 2014.  (DE# 194, 5/12/14).

On May 12, 2014, the government filed the Government's Response to Defendant Raees Alam Qazi's Motion to Declare the FISA Amendments Act of 2008 Unconstitutional (DE#195, 5/12/14).  The government's response does not comply with this Court's Order requiring the government to address the constitutionality of the FISA Amendments Act of 2008.  Rather the government's filing rehashes arguments the government previously made in their original response to the motion and the government's motion for reconsideration.  To be clear, the government does not decide the issues which are to be briefed for the Court, that is an issue that has been and will be decided by the Court.  Although the Court's previous order requiring the government to address the constitutionality of the FISA Amendments Act of 2008 seems to be clear, the undersigned will once again order the government to file a memorandum addressing the constitutionality of the FISA Amendments Act of 2008.  The memorandum shall be filed by **Monday, May 19, 2014**.  The failure of the government to properly address the issue required by this Court may result in sanctions against the

government and their counsel.  No further motions for reconsideration will be considered.

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of May, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
United States District Judge Scola
All counsel of record