UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60298-CR-SCOLA/O'SULLIVAN

UNITED STATES OF AMERICA

v.

RAEES ALAM QAZI,
and SHEHERYAR ALAM QAZI,

        **Defendants.**
_____/

## GOVERNMENT'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY

The United States of America, by and through the undersigned Assistant United States Attorneys and Department of Justice Trial Attorney, hereby files the attached Supplemental Authority in response to the Defendant RAEES ALAM QAZI's January 30, 2014, Notice of Filing Supplemental Authority (DE 162). The attached supplemental authority reverses the

supplemental authority previously referenced by Defendant RAEES ALAM QAZI.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By :  /s/ Karen E. Gilbert
        Karen E. Gilbert
        Assistant U.S. Attorney
        Fla. Bar No. 771007
        99 N.E. 4th Street, Suite 800
        Miami, Florida 33132-2111
        Telephone Number (305) 961-9161
        Fax Number (305) 536-4675

        /s/ Adam S. Fels
        Adam S. Fels
        Assistant U.S. Attorney
        Court Identification No. A5501040
        99 N.E. 4th Street, Suite 800
        Miami, Florida 33132-2111
        Telephone Number (305) 961-9325
        Fax Number (305) 536-4675

        /s/ Jennifer E. Levy
        Jennifer E. Levy
        Trial Attorney
        D.C. Bar No. 291070
        U.S. Department of Justice
        950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20530
        Telephone Number 202-514-1092
        Fax Number 202-514-8714

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Pursuant to operation of the CM/ECF system, this document was delivered by electronic mail on this date to counsel of record as listed below and on the CM/ECF system.

/s/ Adam S. Fels
Adam S. Fels

**SERVICE LIST**

Daniel Ecarius
Federal Public Defender's Office
150 West Flagler Street
Miami, FL 33130-1556
305-530-7000
Fax: 536-4559
Email: Daniel_Ecarius@fd.org

Raymond D'Arsey Houlihan , III
Federal Public Defender's Office
150 W Flagler Street
Miami, FL 33130-1556
305-530-7000
Fax: 536-4559
Email: d'arsey_houlihan@fd.org

William R. Barzee
Courthouse Center
40 NW Third Street
Penthouse 1
Miami, FL 33128
305-374-3998
Fax: 305-374-3985
Email: williambarzee@barzeeflores.com