UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60298-CR-SCOLA/O'SULLIVAN

UNITED STATES OF AMERICA

v.

RAEES ALAM QAZI,
and SHEHERYAR ALAM QAZI,

        **Defendants.**
_____/

## GOVERNMENT'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY

The United States of America, by and through the undersigned Assistant United States Attorneys and Department of Justice Trial Attorney, hereby files the attached Supplemental Authority in support of its Memorandum on the Merits / Response in Opposition to Defendant's

Motion to Declare the FISA Amendments Act Unconstitutional (DE 201).

                          Respectfully submitted,

                          WIFREDO A. FERRER
                          UNITED STATES ATTORNEY

By :   /s/ Karen E. Gilbert
       Karen E. Gilbert
       Assistant U.S. Attorney
       Fla. Bar No. 771007
       99 N.E. 4th Street, Suite 800
       Miami, Florida 33132-2111
       Telephone Number (305) 961-9161
       Fax Number (305) 536-4675

         /s/ Adam S. Fels
       Adam S. Fels
       Assistant U.S. Attorney
       Court Identification No. A5501040
       99 N.E. 4th Street, Suite 800
       Miami, Florida 33132-2111
       Telephone Number (305) 961-9325
       Fax Number (305) 536-4675

         /s/ Jennifer E. Levy
       Jennifer E. Levy
       Trial Attorney
       D.C. Bar No. 291070
       U.S. Department of Justice
       950 Pennsylvania Avenue, N.W.
       Washington, D.C.  20530
       Telephone Number 202-514-1092
       Fax Number 202-514-8714

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Pursuant to operation of the CM/ECF system, this document was delivered by electronic mail on this date to counsel of record as listed below and on the CM/ECF system.

/s/ Adam S. Fels
Adam S. Fels

**SERVICE LIST**

Daniel Ecarius
Federal Public Defender's Office
150 West Flagler Street
Miami, FL 33130-1556
305-530-7000
Fax: 536-4559
Email: Daniel_Ecarius@fd.org

Raymond D'Arsey Houlihan , III
Federal Public Defender's Office
150 W Flagler Street
Miami, FL 33130-1556
305-530-7000
Fax: 536-4559
Email: d'arsey_houlihan@fd.org

William R. Barzee
Courthouse Center
40 NW Third Street
Penthouse 1
Miami, FL 33128
305-374-3998
Fax: 305-374-3985
Email: williambarzee@barzeeflores.com