UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-60298-CR-BLOOM/O'SULLIVAN

UNITED STATES OF AMERICA

      v.

RAEES ALAM QAZI, and
SHEHERYAR ALAM QAZI,

    Defendants.
_____/

## NOTICE OF FILING

The undersigned hereby gives notice that on the 3rd day of September, 2014, the undersigned's Classified Report and Recommendation on Motions for Disclosure of FISA Applications and Orders; Motions to Suppress Evidence Derived from FISA Intercepts; Motions to Declare the FISA Amendments Act of 2008 ("FAA") Unconstitutional; and Order on Motion for Reconsideration was filed under seal with the Court and the Classified Information Security Officer. The coversheet for the undersigned's Classified Report and Recommendation is attached hereto as Exhibit 1.

DONE AND ORDERED in Chambers as Miami, Florida this 3rd day of September, 2014.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Court Judge Bloom
Counsel of Record