Filed with Classified
Information Security Officer

CISO _Branden Joseph_
Date _9-3-2014_

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

No. 12-60298-CR-BLOOM/O'SULLIVAN

UNITED STATES OF AMERICA

v.

RAEES ALAM QAZI, and
SHEHERYAR ALAM QAZI,

    Defendants.

_____/

**FILED WITH CLASSIFIED INFORMATION SECURITY OFFICER
UNDER SEAL**

**CLASSIFIED
REPORT AND RECOMMENDATION
ON MOTIONS FOR DISCLOSURE OF FISA APPLICATIONS AND ORDERS;
MOTIONS TO SUPPRESS EVIDENCE DERIVED FROM FISA INTERCEPTS;
MOTION TO DECLARE THE FISA AMENDMENTS ACT OF 2008 ("FAA")
UNCONSTITUTIONAL; AND ORDER ON MOTION FOR RECONSIDERATION**