UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60298-CR-BLOOM/VALLE

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RAEES ALAM QAZI and
SHEHERYAR ALAM QAZI**,

    Defendants.

_____/

## **ORDER**

THIS CAUSE came before the Court *sua sponte* on review of the record. The Classified Information Security Officer has informed this Court that Mr. William Barzee, counsel for Defendant Sheheryar Alam Qazi, received a security clearance on September 9, 2014. Mr. Qazi's former attorney, Ronald Chapman, had received a security clearance in connection with this matter in 2013. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Classified Information Security Officer shall terminate Mr. Chapman's access to classified information associated with this matter on October 9, 2014. Should Mr. Barzee need to consult with Mr. Chapman regarding classified aspects of this litigation, he must do so before Mr. Chapman's access ends.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 16th day of September, 2014.

    _____
    **BETH BLOOM**
    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record